UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OKANG ANDRE RUDDOCK,

                Plaintiff,

-against-

LOUIS MOLINA, COMMISSIONER,

                Defendant.

23-CV-7163 (LTS)

ORDER

LAURA TAYLOR SWAIN, United States District Judge:

    Petitioner, acting *pro se*, filed this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241 while he was detained at the Robert N. Davoren Center (RNDC) on Rikers Island. He challenged his extradition to Fulton County, Georgia, where he faced criminal charges. On August 22, 2023, the Court dismissed the action without prejudice and entered judgment. (ECF 4-5.) The Court granted Petitioner an extension of time to appeal, and he appealed the judgment.

    On September 26, 2024, the United States Court of Appeals for the Second Circuit granted Petitioner's motion for a certificate of appealability for the limited purpose of "VACATING the district court's judgment (S.D.N.Y. 23-cv-7163, doc. 5) denying Appellant's 28 U.S.C. § 2241 petition and REMANDING the matter to the district court with instructions to dismiss the petition as moot." *Ruddock v. Molina*, 23-7736 (2d Cir. Sept. 26, 2024). Accordingly, the Court dismisses the petition for a writ of *habeas corpus* as moot.

## CONCLUSION

    The Court dismisses the petition for a writ of *habeas corpus* as moot. The Clerk of Court is directed to enter judgment in this matter.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 10, 2024
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge